**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ELVIN HAMIDOV,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-04991-RBM-JLB

**ORDER REQUIRING STATUS REPORT**

Before the Court is Petitioner Elvin Hamidov's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (Doc. 1.) The Petition is fully briefed (*see* Docs. 7, 8), but the Court requires additional information. The Parties are **ORDERED** to file a Joint Status Report on or before **October 21, 2026** indicating: (1) whether the bond hearing Petitioner requested on August 8, 2026 (*see* Doc. 7 at 2) was held and, if so, the outcome of that bond hearing; and (2) the outcome of Petitioner's individual merits hearing that was scheduled for October 1, 2026.

**IT IS SO ORDERED**.

DATE: October 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE